**Order entered August 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00565-CV

### JW GST EXEMPT TRUST AND JAMES Y. WYNNE, Appellants

### V.

### WRENO S. WYNNE AND WILLIAM B. WYNNE, Appellees

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 84117-86**

## ORDER

We **GRANT** appellants' July 31, 2014 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than September 2, 2014.

/s/     ELIZABETH LANG-MIERS
            JUSTICE